# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RODSHAE WATKINS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 19-2114-KHV |
| ) | |
| CORRECT CARE SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MEMORANDUM AND ORDER

On February 28, 2019, Rodshae Watkins sued her former employer Wellpath LLC (formerly Correct Care Solutions) alleging violations of Title VII of the Civil Rights Act of 1964 and common law defamation. Complaint (Doc. #1). Plaintiff initially had counsel, but has proceeded pro se since August 22, 2019. Order (Doc. #32). On November 15, 2019, the Court ordered plaintiff to show cause why the Court should not impose sanctions for her failure to attend court-ordered mediation on August 29, 2019. Order To Show Cause (Doc. #44). On November 21, 2019, Magistrate Judge Angel D. Mitchell separately ordered plaintiff to show cause why the Court should not dismiss this case for failure to prosecute after plaintiff failed to participate in drafting a proposed pretrial order or appear at the final pretrial conference on November 13, 2019. Order To Show Cause (Doc. #46). Plaintiff did not respond to either show cause order. On December 18, 2019, the Court referred both show cause orders to Judge Mitchell for report and recommendation. Order (Doc. #49). On December 26, 2019, Judge Mitchell recommended that the Court dismiss this case with prejudice for failure to prosecute, and granted plaintiff 14 days to file an objection to this recommendation. Report And Recommendation (Doc. #51). Plaintiff did not respond.

The Court adopts Judge Mitchell's report and recommendation, and dismisses this case with prejudice for failure to prosecute.

**IT IS THEREFORE ORDERED** that plaintiff's <u>Complaint</u> (Doc. #1) filed February 28, 2019 is **DISMISSED with prejudice.**

Dated this 14th day of January, 2020 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge